PRICE v. WILKES et al. (Circuit Court of Appeals, Fifth Circuit. February 3, 1923.) No. 3908. In Error to the District Court of the United States for the Southern District of Mississippi; Henry D. Clayton, Judge. Action for libel by R. W. Price against C. M. Wilkes and others. Judgment for defendants, and plaintiff brings error. Affirmed. J. H. Mize, of Gulfport, Miss., for plaintiff in error. B. E. Eaton and W. A. White, both of Gulfport,

Miss., for defendants in error. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The record in this case shows no reversible error. The judgment is affirmed.